IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BASHIRI A. POWELL,
        Plaintiff,
    v.                                    **Judgment in a Civil Case**
UNITED STATES OF AMERICA,
ERIC D. GOULIAN, and JOHN K. WILES,
        Defendants.                  Case Number: 5:12-CT-3052-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim on which relief may be granted.

This Judgment Filed and Entered on November 5, 2012, with service on:
Bashiri A. Powell   (via U.S. Mail)
25466-056
Bennettsville - F.C.I.
P.O. Box 52020
Bennettsville, SC 29512

November 5, 2012                              /s/ Julie A. Richards
                                                                         Clerk